IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST
AT ROANOKE, VA
FILED

JAN 2 0 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 7:11 cr 2 |
| CRYSTAL ANNE FROST | : | |
| SPENCER CRUISE MUMPOWER | : | **SEALED** |

## MOTION TO SEAL

Comes now the United States of America through its attorney and requests that the above indictment be sealed.

1. The government states that the disclosure of the above indictment would jeopardize the investigation and capture of the defendants.

2. The government requests that the indictment be sealed for 30 days or until the arrest of all defendants whichever is sooner.

Respectfully submitted,

TIMOTHY J. HEAPHY
United States Attorney

Date: January 20, 2011

R. Andrew Bassford
Assistant United States Attorney
VSB No. 42584